UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff, ☐
        Government ☒

v.

GUSTAVO ENRIQUE LLANOS MIRANDA
and
JAIR MENDOZA MONTOYA

        Defendant ☐

Case No. 8:17-cr-445-T-24TBM

☐ Evidentiary
☒ Trial
☐ Other

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| GX 1 | 12/14/17 | 12/14/17 | D. McDonough | Representative Sample of Cocaine |
| GX 2 | 12/12/17 | 12/12/17 | J. Montgomery | Photograph of Cocaine Seized from FAT CROW |
| GX 3A | 12/11/17 | 12/11/17 | J. Jurin | Aerial Photograph of FAT CROW |
| GX 3B | 12/11/17 | 12/11/17 | J. Jurin | Aerial Photograph of FAT CROW |
| GX 4A | 12/11/17 | 12/11/17 | J. Jurin | Helicopter Video of FAT CROW |
| GX 4B | 12/11/17 | 12/11/17 | J. Jurin | Helicopter Video of FAT CROW |
| GX 4C | 12/11/17 | 12/11/17 | J. Jurin | Photograph of Coast Guard Helicopter |
| GX 4D | 12/11/17 | 12/11/17 | J. Jurin | Photograph of Helicopter and Boarding Team |
| GX 5A | 12/11/17 | 12/11/17 | G. Alexandra | Coast Guard Sketch of FAT CROW |
| GX 5B | 12/11/17 | 12/11/17 | G. Alexandra | Coast Guard Sketch of FAT CROW |

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| GX 6A | | | | Photograph of Diagram of FAT CROW |
| GX 6B | | | | Photograph of Diagram of FAT CROW |
| GX 6C | | | | Photograph of Diagram of FAT CROW |
| GX 6D | | | | Photograph of Diagram of FAT CROW |
| GX 6E | | | | Photograph of Diagram of FAT CROW |
| GX 6F | | | | Photograph of Diagram of FAT CROW |
| GX 6G | | | | Photograph of Diagram of FAT CROW |
| GX 6H | | | | Photograph of Diagram of FAT CROW |
| GX 6I | | | | Photograph of Diagram of FAT CROW |
| GX 6J | | | | Photograph of Diagram of FAT CROW |
| GX 6K | | | | Photograph of Diagram of FAT CROW |
| GX 6L | | | | Photograph of Diagram of FAT CROW |
| GX 6M | | | | Photograph of Diagram of FAT CROW |
| GX 6N | | | | Photograph of Diagram of FAT CROW |
| GX 6O | | | | Photograph of Diagram of FAT CROW |
| GX 6P | | | | Photograph of Diagram of FAT CROW |
| GX 7A | | | | Video of FAT CROW Walkthrough |

**EXHIBIT LIST - Continuation Sheet**

| GX 7B | | | | Video of FAT CROW Walkthrough |
|---|---|---|---|---|
| GX 7C | | | | Video of FAT CROW Walkthrough |
| GX 7D | | | | Video of FAT CROW Walkthrough |
| GX 7E | | | | Video of FAT CROW Walkthrough |
| GX 7F | | | | Video of FAT CROW Walkthrough |
| GX 7G | | | | Video of FAT CROW Walkthrough |
| GX 7H | | | | Video of FAT CROW Walkthrough |
| GX 7I | | | | Video of FAT CROW Walkthrough |
| GX 7J | | | | Video of FAT CROW Walkthrough |
| GX 7K | | | | Video of FAT CROW Walkthrough |
| GX 7L | | | | Video of FAT CROW Walkthrough |
| GX 7M | | | | Video of FAT CROW Walkthrough |
| GX 7N | | | | Video of FAT CROW Walkthrough |
| GX 7O | | | | Video of FAT CROW Walkthrough |
| GX 7P | | | | Video of FAT CROW Walkthrough |
| GX 8A | | | | Photograph of FAT CROW Engine Room |
| GX 8B | | | | Photograph of FAT CROW Engine Room |
| GX 8C | | | | Photograph of FAT CROW Machinery Room |

# EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| GX 8D | | | | Photograph of FAT CROW Machinery Room |
| GX 9A | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Fresh Welds Around Hidden Compartment |
| GX 9B | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Fresh Welds Around Hidden Compartment |
| GX 9C | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Fresh Welds Around Hidden Compartment |
| GX 9D | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Generator Covering Hidden Compartment |
| GX 9E | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Hidden Compartment Hatch |
| GX 9F | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Cocaine Bales in Hidden Compartment |
| GX 9G | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Cocaine Bales in Hidden Compartment |
| GX 9H | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Inside of Hidden Compartment |
| GX 9I | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Inside of Hidden Compartment |
| GX 9J | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Inside of Hidden Compartment |
| GX 9K | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Cocaine Bales Stacked Inside FAT CROW |
| GX 10A | | | | Photograph of Cell Phone from Bridge |
| GX 10B | | | | Photograph of Hidden Compartment Location |
| GX 11A | 12/13/17 | 12/13/17 | M. Barrios Leon | FAT CROW Bridge Log |
| GX 11A-1 | 12/13/17 | 12/13/17 | M. Barrios Leon | FAT CROW Bridge Log |
| GX 11A-2 | 12/13/17 | 12/13/17 | M. Barrios Leon | FAT CROW Bridge Log |
| GX 11B | 12/13/17 | 12/13/17 | M. Barrios Leon | FAT CROW Bridge Log |

# EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| GX 11C | 12/13/17 | 12/13/17 | M. Barrios Leon | FAT CROW Bridge Log |
| GX 11C-1 | 12/13/17 | 12/13/17 | M. Barrios Leon | FAT CROW Bridge Log |
| GX 11C-2 | 12/13/17 | 12/13/17 | M. Barrios Leon | FAT CROW Bridge Log |
| GX 11C-3 | 12/13/17 | 12/13/17 | M. Barrios Leon | FAT CROW Bridge Log |
| GX 11D | 12/13/17 | 12/13/17 | M. Barrios Leon | FAT CROW Bridge Log |
| GX 11D-1 | 12/13/17 | 12/13/17 | M. Barrios Leon | FAT CROW Bridge Log |
| GX 12A | | | | Ion Scan Log |
| GX 12B | | | | Ion Scan Log |
| GX 13A | 12/13/17 | 12/13/17 | M. Barrios Leon | Photograph of Handheld GPS |
| GX 13B | 12/13/17 | 12/13/17 | J. Pfrimmer | Handheld GPS Plot |
| GX 13C | 12/13/17 | 12/13/17 | J. Pfrimmer | Handheld GPS Plot |
| GX 14A | 12/13/17 | 12/13/17 | M. Barrios Leon | Photograph of FAT CROW GPS |
| GX 14B | 12/13/17 | 12/13/17 | J. Pfrimmer | FAT CROW GPS Plots |
| GX 15 | | | | State Department Certification |
| GX 16 | 12/11/17 | 12/11/17 | G. Alexandar | Map of Caribbean Sea |
| GX 100A | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Francisco Ariel Bolanos |
| GX 101 | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Luis Carlos Garcia Florez |
| GX 102A | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Mario Jose Acuna Garcia |

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| GX 102B | | | | Plea Agreement for Mario Jose Acuna Garcia |
| GX 103A | 12/11/17 | 12/11/17 | G Alexandar | Photograph of Martin Miguel Barrios Leon |
| GX 103B | | | | Travel Documents for Martin Miguel Barrios Leon |
| GX 103C | | | | Plea Agreement for Martin Miguel Barrios Leon |
| GX 104 | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Walter Americo Garrido Vargas |
| GX 105A | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Oscar Herrera Venera |
| GX 105B | | | | Plea Agreement for Oscar Herrera Venera |
| GX 106A | 12/11/17 | 12/11/17 | G Alexandar | Photograph of Eduardo de Jesus Chacin Villarroel |
| GX 106B | 12/12/17 | 12/12/17 | J. Chacir Villarroel | Travel Documents for Eduardo de Jesus Chacin Villarroel |
| GX 106C | | | | Plea Agreement for Eduardo de Jesus Chacin Villarroel |
| GX200A | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Gustavo Enrique Llanos Miranda |
| GX 200B | | 12/12/17 | | Certified Conviction of Gustavo Enrique Llanos Miranda |
| GX 201A | 12/11/17 | 12/11/17 | G. Alexandar | Photograph of Jair Mendoza Montoya |
| GX 201B | | | | Consent form for Jair Mendoza Montoya Cell Phone |
| GX 201C | | | | Photograph of Jair Mendoza Montoya Cell Phone |
| GX 201D | | | | Photograph of Cash |
| GX 201E | | | | Photograph of Coast Guard Cutter TAMPA |
| GX 201F | | | | Photograph of Coast Guard Cutter TAMPA |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| GX 300A | 12/14/17 | 12/14/17 | D. McDonough | Stipulation for Gustavo Enrique Llanos Miranda |
| GX 300B | 12/14/17 | 12/14/17 | D. McDonough | Stipulation for Jair Mendoza Montoya |