

U.S. District Court
Middle District of Florida
Tampa Division

GOVERNMENT EXHIBIT

Exhibit No. ____

Case No. 8:17-cr-445-T-24TBM

UNITED STATES OF AMERICA
vs.
Lisvica Miranda, et al.

Date Identified _____

Date Admitted _____