

Crew: Francisco Ariel Bolanos

DOB: 29MAY1945

Nationality: Colombia

SF-600 Next Page