

Crew: Luis Carlos Garcia Florez

DOB: 10AUG1955

Nationality: Colombia

SF-600 Next Page

DISC-00030