

Crew: Mario Jose Acuna Garcia

DOB: 16FEB1980

Nationality: Venezuela

SF-600 Next Page

DISC-00050