

Master: Martin Miguel Barrios Leon

DOB: 25APR1966

Nationality: Colombia

SF-600 Next Page

DISC-00018