

Crew: Garrido Vargas Walter Americo

DOB: 09APR1952

Nationality: Peru

SF-600 Next Page

DISC-00026