

Crew: Oscar Herrera Venera

DOB: 28APR1952

Nationality: Colombia

SF-600 Next Page