

Crew: Eduardo De Jesus Chacin Villarroel

DOB: 16NOV1981

Nationality: Venezuela

SF-600 Next Page