eduardochacinvillarroel@hotmail  CHACIN VILLARROEL
.con

Contraseña
Eduardo 1981

Hotel Catimar.

Eduardochacinvillaroel1981@gmail.com
contraseña
Eduardo1981

Nro: de cuenta Ahorro
01160101410190850700

Pinedacarrillogina@hotmail.com

```
ELECTRONIC TICKET  * ORIGINAL *
PASSENGER ITINERARY RECEIPT                TICKET NRO: 7821167911666

TURISMO MASO INTERNACIONAL - A             ISSUE DATE: 21 APR 2017
  AV.LA TRINIDAD NIVEL PZA.L.PZ-           ISSUE AGENT: CCSM3770M
  CARACAS                                        NAME: CHACIN/EDUARDO
  MIRANDA, VENEZUELA                             FOID: PP083766275
  IATA    : 95-97138-5         RIF              : V7TLR1148VIAJESYTURI
  TELEPHONE: 582129186300
  MAIL INFO: MESADEAYUDA@CONSOLID.COM.VE


ISSUING AIRLINE             : LASER C.A.
ADDRESS                     : AV PRINCIPAL DEL BOSQUE EDIF TORRE CREDICARD
                              PISO 13OF 131-132-133 URB EL BOSQUE
                              CARACAS (CHACAO) MIRANDA ZONA POSTAL 1050
PHONE 0058 212 957 4100
RIF                         : J-00364445-5
TICKET'S NUMBER'S           : 782-1167911666

BOOKING REF.: C1/CMVYHX

  FROM/TO            FLIGHT CL DATE  DEP   FARE BASIS     NVB   NVA   BAG
ST

CARACAS             QL2966 R  22APR 1230  ROWVE                      32K OK
  SANTO DOMINGO     /APLICA PENALIDAD Y PAGO DE TASA 10USD AL ENTRAR
SANTO DOMINGO       QL2967 R  22MAY 1500  ROWVE                      32K OK
  CARACAS           /APLICA PENALIDAD MAS PAGO DE TASA DE 83USD EN SDQ

LOS PASAJEROS DEBEN ESTAR PARA EL CHEQUEO 2 HORAS ANTES DE LA SALIDA EN VUELOS
NACIONALESY 4 HORAS ANTES DE LA SALIDA EN DESTINOS INTERNACIONALES.
LAS TASAS E IMPUESTOS INTERNACIONALES NO ESTAN INCLUIDOS EN LOS BOLETOS QUE
ORIGINAN EN VENEZUELA,DEBEN SER PAGADOS EN LOS AEROPUERTOS RESPECTIVOS.
FRANQUICIA DE EQUIPAJE PERMITIDO: VUELOS NACIONALES  01 PIEZA HASTA 30 KG,
EN LOS VUELOS HACIA Y DESDE EL AEROPUERTO DE LA FRIA 1 PIEZA HASTA 15KG,
EQUIPAJE DE MANO 1 PIEZA HASTA 8 KG.
VUELOS INTERNACIONALES 1 PIEZA HASTA 32 KG Y EN CABINA EJECUTIVA 3 PIEZAS
HASTA 32 KG C/U. EQUIPAJE DE MANO 1 PIEZA HASTA 8 KG.
LA VALIDEZ DE ESTE BOLETO ES DE 12 MESES A PARTIR DE LA FECHA DE EMISION(SOLO
PARA VUELOS REGULARES)
PARA VUELOS NO REGULARES, CIERTAS CONDICIONES APLICAN.
NOTA IMPORTANTE:
SE RECOMIENDA RECONFIRMAR SU RETORNO Y CANCELAR CON ANTICIPACION EN CASO DE NO
VIAJAR. APLICA PENALIDAD POR NO SHOW.
PARA MAYOR INFORMACION COMUNIQUESE AL 0501-5273700.
PARA LOS VUELOS MIAMI-CARACAS, POR FAVOR DIRIJASE A NUESTROS MOSTRADORES
UBICADOS EN LA PUERTA 20, SECTOR H, PARA SU CHEQUEO.
PARA CUALQUIER INFORMACION COMUNIQUESE CON NOSOTROS EN MIAMI AL NRO. 754 248
2208.


TRANSPORTE AEREO INTERNACIONAL
SI SU VIAJE INCLUYE UN DESTINO O PARADA EN UN PAIS QUE NO SEA EL DE SALIDA, SE
PUEDE APLICAR EL CONVENIO DE VARSOVIA Y SUS
MODIFICACIONES DE LOS PROTOCOLOS DE LA HAYA Y MONTREAL, QUE EN LA MAYORIA DE
LOS CASOS LIMITAN LA RESPONSABILIDAD DE LOS
TRANSPORTADORES POR MUERTE O DANO PERSONAL Y CON RESPECTO AL EQUIPAJE DANADO O
EXTRAVIADO.
TRANSPORTE AEREO DE CABOTAJE
SI SU VIAJE SE INICIA Y TERMINA DENTRO DEL TERRITORIO DE LA REPUBLICA
BOLIVARIANA DE VENEZUELA, SIN ESCALAS PREVISTAS
EN EL EXTERIOR, SE APLICA LA LEY DE AERONAUTICA CIVIL DE LA REPUBLICA
BOLIVARIANA DE VENEZUELA QUE, EN LA MAYORIA DE LOS
CASOS, LIMITA LA RESPONSABILIDAD DE LOS TRANSPORTADORES POR MUERTE O DANO
PERSONAL Y CON RESPECTO AL EQUIPAJE DANADO O EXTRAVIADO.
APLICABLE AL TRANSPORTE AEREO INTERNACIONAL Y DE CABOTAJE
EN CUANTO NO SE CONTRAPONGAN CON LAS NORMAS ANTEDICHAS, LAS DISPOSICIONES DEL
CONTRATO DE TRANSPORTE AEREO DE LASER, C.A.,
QUE FORMAN PARTE DE ESTE CONTRATO Y QUE PUEDEN SER CONSULTADAS EN NUESTRAS
OFICINAS, REGULAN TODO LO RELATIVO A LOS DERECHOS
Y OBLIGACIONES DE LAS PARTES.


ELECTRONIC TICKET  * ORIGINAL *

SEND BY AGENT CCSM3770M / APR 21 2017  1:40
```



## Solicitud de Servicios de Comunicación

**ALTICE HISPANIOLA S.A.**
RNC 101618787

316291944-1010571-4000
Fecha Solicitud 23/04/2017 12:11 PM
Fecha impresion: 23/04/2017 12:12 PM

### Informaciones de la Cuenta

| | | | |
|---|---|---|---|
| Número de Cuenta: | 1.71394838 | Fecha Facturación: | 05 del mes |
| Tipo de Plan: | CARD | No. de Contrato | 74214498 |
| Nombre del Titular de la Cuenta: | CHACIN VILLARROEL, EDUARDO DE JESUS | Tipo de ID | PASAPORTE |
| Fecha de nacimiento | 16/11/1981 | No. ID | 083766275 |
| Contraseña | 3410 | | |
| Tipo de cliente para cobro de impue | RES NORMAL ORANGE | | |

### Dirección para facturación

CHACIN VILLARROEL, EDUARDO DE JESUS
RESP DUARTE
BANI
BANI CENTRO
BANI
PERAVIA

Teléfono
Teléfono 2
Forma envio de factura

E-mail

### Informaciones de su Contrato de Servicios

| | | | |
|---|---|---|---|
| Plan | ORANGE PREPAGO SIMO(SIMO DATA) | Número de móvil | (809) 853-1891 |
| IMEI | 000023145698745 (CELULAR PROPIO GSM) | SIM | 890101160725553423 |
| Nombre del cliente | CHACIN VILLARROEL, EDUARDO DE JESUS | | |

### Vigencia y Penalidad

| | |
|---|---|
| Vigencia (meses) | 0 |
| SubsidioTotal | RD $0.00 |
| Penalidad mensual: | RD $0.00 |

### Plan y Servicios Opcionales Suscritos

| Nombre de la opción | Parámetros | Mensualidad | Costo por Suscripción |
|---|---|---|---|
| **ORANGE PREPAGO SIMO(SIMO DATA)** | | **RD$ 0.00** | **RD$ 0.00** |
| | | ITBIS: RD$ 0.00 | ITBIS: RD$ 0.00 |
| | | CDT: RD$ 0.00 | CDT: RD$ 0.00 |
| | | ISC: RD$ 0.00 | ISC: RD$ 0.00 |
| | | Otros: RD$ 0.00 | Otros: RD$ 0.00 |
| | | Sub Total: RD $0.00 | Sub Total: RD $0.00 |
| MINUTOS CELULAR | | RD $0.00 | No aplica |
| DESVIO LLAMADA/LINEA OCUPADA | | RD $0.00 | No aplica |
| DESVIO LLAMADA/NO RESPUESTA | | RD $0.00 | No aplica |
| DESVIO LLAMADAS A CORREO VOZ | | RD $0.00 | No aplica |
| CORREO DE VOZ | | RD $0.00 | No aplica |
| DESVIO LLAMADA/FUERA COBERTURA | | RD $0.00 | No aplica |
| SENAL LLAMADA ENTRANTE | | RD $0.00 | No aplica |
| LLAMADA EN ESPERA | | RD $0.00 | No aplica |
| IDENTIFIC. LLAMADA ENTRANTE | | RD $0.00 | No aplica |
| ANONIMATO DEL EMISOR | | RD $0.00 | No aplica |
| DESVIO DE TODAS LAS LLAMADAS | | RD $0.00 | No aplica |
| MINI-MENSAJE ENTRANTE | | RD $0.00 | No aplica |
| ACCESO NET | | RD $0.00 | No aplica |
| APN ORANGE NET | | RD $0.00 | No aplica |
| Depósito | | | RD$ 0.00 |
| Renta adelantada | | | RD$ 0.00 |
| **Totales servicios** | | | |
| Total sin Impuestos | | RD$ 0.00 | RD$ 192.31 |
| ITBIS | | RD$ 0.00 | RD$ 34.62 |
| CDT | | RD$ 0.00 | RD$ 3.85 |
| ISC | | RD$ 0.00 | RD$ 19.23 |
| **Total servicios incluyendo impuestos** | | **RD $0.00** | **RD $250.00** |
| **Monto Total Pagado** | | | **RD $250.00** |

Oferta Madres 2017 Bienvenido a la familia Orange! Recibiras todos los meses un bono de minutos Orange o internet para todos los fines de semana por 6 meses. Recarga cada mes RD$249 o mas para recibir tu bono

Quien firma sólicita la suscripción al servicio ORANGE, y acepta sin reservas las condiciones particulares, específicas y generales de suscripción, así como las tarifas en vigor presentadas en documento anexo. El contrato será sometido a un análisis financiero previa de la aceptación de Orange Dominicana.

| | | | |
|---|---|---|---|
| Firma del cliente | | Firma por distribuidor | |
| Fecha | 23/04/2017 12:12 PM | Fecha | 23/04/2017 12:12 PM |

### Información para Pago Recurrente

| | |
|---|---|
| Tipo de pago | EFECTIVO |

DISC-02343