

Crew: Gustavo Enrique Llanos Miranda

DOB: 07APR1955

Nationality: Colombia

SF-600 Next Page