

Crew: Jair Mendoza Montoya

DOB: 08JUN1968

Nationality: Colombia

SF-600 Next Page

DISC-00022