UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-445-T-24TBM

GUSTAVO ENRIQUE LLANOS MIRANDA

### STIPULATION OF THE PARTIES

The United States of America and defendant Gustavo Enrique Llanos Miranda, by their undersigned counsel, hereby enter into the following stipulation of fact. The parties agree that the following facts have been proven beyond a reasonable doubt for all purposes in the trial and all further proceedings in the above-captioned case, and that the United States does not need to present any evidence at trial or any further proceedings regarding the same:

1. On August 27, 2017, the United States Coast Guard discovered a quantity of cocaine onboard the motor vessel FAT CROW. Government Exhibit 2 is a photograph depicting this cocaine. On September 18, 2017, law enforcement agents sent a statistically representative sample of this cocaine to the Drug Enforcement Administration Southeast Laboratory for forensic testing. Government Exhibit 1 is this representative sample.

Based upon forensic testing of Government Exhibit 1, a DEA forensic chemist confirmed that the substance that the United States Coast Guard found onboard FAT CROW, depicted in Government Exhibit 2, is cocaine hydrochloride with a net weight of 1,504 kilograms.

WHEREFORE, the defendant and the United States hereby respectfully request that Court make the instant Stipulation part of the record and admit it into evidence during the United States's presentation of its case-in-chief.

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

_____
Daniel L. Castillo, Esquire
Counsel for
Gustavo Enrique Llanos Miranda

_____
Taylor G. Stout
Assistant United States Attorney

_____
Gustavo Enrique Llanos Miranda
Defendant